No. 01–1125.  GREAT LAKES DREDGE & DOCK CO. ET AL. *v.* COMMERCIAL UNION INSURANCE CO. ET AL.  C. A. 7th Cir.  Certiorari denied.  JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–1136.  CAMP *v.* WAL-MART STORES, INC.  C. A. 11th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–1326.  KRIVACSKA *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Motion of Scientists Concerned for Reliability of Children's Reports for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 01–1355.  PALMER *v.* UNITED STATES.  C. A. 7th Cir.  Motion of petitioner for leave to file presentence investigation report under seal granted.  Certiorari denied.

No. 01–8775.  COLEMAN *v.* BAGLEY, WARDEN.  C. A. 6th Cir.  Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 00–1842.  STATOIL ASA *v.* HEEREMAC V. O. F. ET AL., 534 U. S. 1127;

No. 00–10432.  WHITE *v.* FLORIDA, 534 U. S. 857;

No. 00–10506.  SHELTON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 534 U. S. 862;

No. 00–10570.  HOGAN *v.* BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL., 534 U. S. 866;

No. 00–10671.  FACUNDO *v.* HOLDER, WARDEN, ET AL.; FACUNDO *v.* UNITED STATES PAROLE COMMISSION; and FACUNDO *v.* DRUG ENFORCEMENT ADMINISTRATIVE AGENCY, 534 U. S. 872;

No. 00–10805.  ROGERS *v.* TEXAS, 534 U. S. 880;

No. 01–175.  WILLIAMS, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ET AL. *v.* UNITED STATES, *ante*, p. 911;

No. 01–844.  JACKSON *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, ET AL., 534 U. S. 1156;

No. 01–913.  JACOBS *v.* RICE COUNTY, MINNESOTA, 534 U. S. 1134;

No. 01–1055.  ROSANO *v.* UNITED STATES, 534 U. S. 1135;

No. 01–5178.  SHERMAN *v.* ILLINOIS, 534 U. S. 907;

No. 01–5862.  SILVERA *v.* ORANGE COUNTY SCHOOL BOARD, 534 U. S. 976;

No. 01–6838.  WEST *v.* UTAH NON-PROFIT HOUSING CORP., 534 U. S. 1087;

No. 01–6909.  HOLT *v.* UNITED STATES, 534 U. S. 1050;

No. 01–6952.  NEWMAN *v.* ALLSTATE INSURANCE CO. ET AL., 534 U. S. 1092;

No. 01–6995.  CHANEY *v.* CHICAGO TRANSIT AUTHORITY, 534 U. S. 1093;

No. 01–7052.  MCDERMOTT *v.* INTERNAL REVENUE SERVICE ET AL., 534 U. S. 1106;

No. 01–7077.  TAITT *v.* WHITECO INDUSTRIES, 534 U. S. 1136;

No. 01–7082.  DASSENT *v.* ASHCROFT, ATTORNEY GENERAL, ET AL., 534 U. S. 1106;

No. 01–7312.  RICHARDSON *v.* FEDERAL BUREAU OF INVESTIGATION, 534 U. S. 1108;

No. 01–7351.  MOSSERI *v.* FLORIDA ET AL., 534 U. S. 1143;

No. 01–7371.  TINKER *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 534 U. S. 1144;

No. 01–7531.  MERCER *v.* UNITED STATES, 534 U. S. 1150; and

No. 01–7651.  RASTEN *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *ante,* p. 908.  Petitions for rehearing denied.

No. 99–1996.  J. E. M. AG SUPPLY, INC., DBA FARM ADVANTAGE, INC., ET AL. *v.* PIONEER HI-BRED INTERNATIONAL, INC., 534 U. S. 124.  Petition for rehearing denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 01–5355.  JONES *v.* UNITED STATES, 534 U. S. 974; and

No. 01–5811.  CURRY *v.* JOHNSON, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL., 534 U. S. 975.  Motions for leave to file petitions for rehearing denied.

APRIL 22, 2002

No. 00–1936.  NEWKIRK *v.* UNITED STATES.  C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for fur-